Opinion by COLE, J. The undisputed facts established plaintiff's claim insofar as it relates to the merchandise imported in case 156. To such extent the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 26, 1948

**No. 52347.**—American Import Co. *v.* United States, protest 116492–K (El Paso).

Opinion by TILSON, J. When the case was called for trial the protest was submitted upon the official papers. A perusal of same disclosing no error in the action of the collector, the protest was overruled.

**No. 52348.**—Syndicate Trading Co. *v.* United States, protests 491026–G, etc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52349.**—Kay Flo Glove Co. et al. *v.* United States, protests 497230–G, etc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

**No. 52350.**—H. H. Schmidt Glove Co., Inc. *v.* United States, protests 802380–G (D), etc. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 52351.—H. H. Schmidt Glove Co., Inc. *v.* United States, protests 486871–G, etc. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 52352.—Lilienthal & Grossman, Inc. *v.* United States, protest 496040–G (New York).

Opinion by Tilson, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 52353.—Frederick Loeser & Co., Inc. *v.* United States, protests 500648–G, etc. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent